UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAWAIISU TRIBE OF TEJON and DAVID LAUGHING HORSE ROBINSON,<br><br>        Plaintiff,<br><br>        v.<br><br>SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior,<br><br>        Defendant. | Case No.: 1:16-cv-01939 - AWI - JLT<br><br>ORDER GRANTING PLAINTIFF LAUGHING HORSE ROBINSON'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO THE COURT'S ORDER TO SHOW CAUSE<br><br>(Doc. 4)<br><br>30-DAY DEADLINE |

David Laughing Horse Robinson seeks additional time to respond to the Court's order to show cause requiring him to demonstrate why the matter should not be dismissed for lack of standing (Doc. 2). Though his request is not clear, seemingly, he seeks 60 days additional time. However, except for explaining that he did not anticipate the Court's order, he makes no showing why he cannot respond in a shorter amount of time and, as a matter of policy, this Court does not grant extensions of time greater than 30 days. Moreover, given that the Court's order issued on January 10, 2017, the request for additional time was not sought until January 20, 2017 and the Court is granting 30 additional days (plus three days for mailing), this is just about a week short of the time requested. Thus, the Court

**ORDERS:**

///

///

1

1.     The request for the extension of time is **GRANTED in PART**.  Mr. Laughing Horse Robinson SHALL respond to the Court's order to show cause no later than March 5, 2017.

**The plaintiff is advised that his failure to respond to the Court's order may result in a recommendation that the matter be dismissed**.

IT IS SO ORDERED.

Dated:   **February 1, 2017**                               **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE